**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1035**

GLENN MYER,

Plaintiff - Appellant,

v.

RALPH NORTHAM, Governor; MICHAEL I. ELLIOTT; SHEILA K.W. ELLIOTT; RAFAEL SAENZ; CYNTHIA WARRINER; JODY H. ALLEN; MELVIN L. BOONE, SR.; JAMES L. JENKINS, JR.; REBECCA THORNBURY; ALLEN R. JONES, JR.; SARAH SCHMIDT; SUSAN SZASZ PALMER; ELIZABETH LOCKE; ARENA L. DAILEY; TRACEY ALDER; MIRA MARIANO; JAY DOUGLAS; HUONG VU; BRENDA KROHN; JODI POWER; ROBIN HILLS; PAULA SAXBY; STEPHANIE WILLINGER; LINDA KLEINER; CHARLOTTE RIDOUT; FAIRFAX COUNTY; INOVA PHARMACY; JANE DOE, Pharmacy Director; SEVERAL PHARMACISTS AT INOVA; WALGREEN PHARMACIES; BODIES IN MOTION; MICHAEL MASTROSTEFANO, Bodies in Motion; AETNA INSURANCE; JANE AND JOE DOES NURSES; HAAS DOE MEDICAL RECORDS AT ADC,

Defendants - Appellees,

and

SHARON BULOVA; PROSPERITY PHARMACY; PHARMACIST OF PROSPERITY PHARMACY; JOHN DOES PHARMACIST AND TECHNICIANS AT PROSPERITY PHARMACY; FAIRFAX ADULT DETENTION CENTER EMPLOYEES; STACIE KINCAID; OMAR "THE BUTCHER" MERCEDES,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:18-cv-00723-CMH-IDD)

Submitted: June 26, 2019                    Decided: August 5, 2019

Before GREGORY, Chief Judge, THACKER and HARRIS, Circuit Judges.

Dismissed and remanded by unpublished per curiam opinion.

Glenn Myer, Appellant Pro Se. Laurie Kirkland, BLANKINGSHIP & KEITH, PC, Fairfax, Virginia; Michael Curtis Gartner, WHITEFORD, TAYLOR & PRESTON, LLP, Falls Church, Virginia; William Leonard Mitchell, II, ECCLESTON & WOLF, PC, Fairfax, Virginia; Brian H. Benjet, DLA PIPER US LLP, Philadelphia, Pennsylvania, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenn Myer seeks to appeal the district court's order granting Defendants' motions to dismiss his civil action for failure to state a claim for relief and lack of subject matter jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). After reviewing the record, we conclude that the district court did not rule on Myer's claims against Officer C.M. Cotone, who was added as a defendant in Myer's amended complaint filed on October 15, 2018, following the district court's grant of Myer's motion to amend. Thus, the district court's order is neither a final order nor an appealable interlocutory or collateral order. *See Porter v. Zook*, 803 F.3d 694, 696-97 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the action for the district court to consider these claims. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*